433 A.2d 549

Commonwealth v. Silvers, Appellant.

Argued November 12, 1980. Henry J. Kulakowski, Jr., for appellant; John L. Brown, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CAVANAUGH, WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.

433 A.2d 549

Commonwealth v. Turk, Appellant.

Reargument Denied July 7, 1981.

Petition for Allowance of Appeal Denied Sept. 24, 1981.

Submitted November 14, 1980. G. William Bills, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and POPOVICH, JJ.

The judgment of sentence of July 19, 1979 is affirmed.